## MOORE v. PENN LUMBER CO. *et al.*

No. 4598.    Opinion Filed July 13, 1915.

(150 Pac. 669.)

**APPEAL AND ERROR—Failure to File Briefs—Dismissal.** The case is dismissed for failure to comply with rule 7 of this court (38 Okla. vi, 137 Pac. ix) in regard to filing briefs.

(Syllabus by Devereux, C.)

*Error from District Court, Washington County;*
*R. H. Hudson, Judge.*

Action between E. J. Moore and the Penn Lumber Company and others. From the judgment, Moore brings error. Dismissed.

*J. P. O'Meara,* for plaintiff in error.

*Rowland &amp; Talbot,* for defendants in error.

Opinion by DEVEREUX, C. This case was docketed in this court on November 30, 1912, and was duly assigned for submission on June 7, 1915, and submitted on that day. On that day the plaintiff in error was given 20 days to file briefs, but none have been filed. No excuse is offered for not doing so, and no additional time asked within which to file briefs.

We therefore recommend that the appeal be dismissed.

By the Court:    It is so ordered.